> Motion GRANTED for extension to 9/19/12.
>
> *[signature]*

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00120 |
| | ) | Judge Trauger |
| JAVIER CORREA | ) | |

## MOTION FOR EXTENSION OF TIME
## TO FILE PRETRIAL MOTIONS

Comes now the defendant, through counsel, and moves this Honorable Court for a 30-day extension of time to file pretrial motions. Counsel states that the additional time is needed to review discovery with Mr. Correa.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2012, I electronically filed the foregoing Motion for Extension of Time to File Pretrial Motions with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: the Honorable Blanche B. Cook, Assistant United States Attorney 110 9th Avenue South, Suite A961, Nashville, Tennessee 37203; and Adriana Vieco, Trial Attorney, Civil Rights Division, Criminal Section, Department of Justice, 601 D Street, N.W., Room 5542, Washington, D.C. 20009.

*s/ Sumter L. Camp*
SUMTER L. CAMP