Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00120 |
| | ) | Judge Trauger |
| JAVIER CORREA | ) | |

MOTION TO ORDER EARLY PREPARATION
OF THE PRESENTENCE REPORT

Comes the defendant and hereby moves the Court to order the U.S. Probation Office to prepare the presentence report prior to the plea hearing in this matter. In support of this motion defendant would state and show that the parties are willing to conduct the plea and sentencing in this case in the same hearing. The Court has indicated that it wants to be able to review the presentence report prior to sentencing Mr. Correa. Both interests can be accommodated by the preparation of the presentence report prior to the plea hearing, but the Probation Office has indicated that it would need a separate order to do so before it could begin.

WHEREFORE, the defendant moves the Court to order the Probation Office to prepare the presentence report in this case prior to the plea hearing.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047